David Hillenberg, Plaintiff, v. Louis G. Bendick, Appellant, and Harris Horowitz, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of *Havana City Railway Co.* v. *Ceballos* (49 App. Div. 421). The rule in *Mellen* v. *Athens Hotel Co.* (149 App. Div. 534) may not be applied to the case under review. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Thomas L. Hughes, Respondent, v. J. Benedict Roache, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant within ten days to withdraw demurrer and answer, upon payment of costs in this court and at the Special Term. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

In the Matter of the Application of The Brooklyn Children's Aid Society, Appellant, for a Writ of Mandamus to Cancel Certain Assessments, etc. The Department of Taxes and Assessments of the City of New York, Respondent.— This order must be affirmed. The department of taxes and assessments of the city of New York, or the officers who compose it, have no duty whatever in the premises. We prefer not to consider now the merits of this application, because, should we hold with the appellant on that question we should be obliged nevertheless to affirm the order from which it appeals. If, on consideration of the question, it desires to begin a new proceeding, it should do so against the officers who are charged with the custody of the roll of assessments for local improvements, and who have powers and duties in regard thereto, and not against the particular department of the city of New York which is specified in the notice of motion herein, and which has no power or duty in the premises. Order affirmed, without costs. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of Joseph Cassidy, Appellant, for a Writ of Mandamus against Charles S. Devoy, Clerk of the County of Kings, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion for a peremptory writ of mandamus granted, with twenty-five dollars costs, on authority of *Matter of Willett* v. *Devoy* (163 App. Div. 553), decided herewith. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of Lemuel B. Green, Appellant, for a Writ of Mandamus. Marvin Shiebler and Others, Respondents.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Burr. Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of Minnie J. Halversen. Herbert N. Warbasse, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

In the Matter of the Application of Mary Morison, Respondent, to Have Real Property of John McAdam, Deceased, Sold to Pay the Debts of Said Decedent. Margaret E. McAdam, Executrix, etc., Appellant.— Order of the Surrogate's Court of Kings county affirmed, with costs